BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
ash@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MACKENZIE STRABALA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, a foreign corporation; MID-CENTRURY INSURANCE COMPANY, a domestic stock; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive;<br><br>Defendants. | CASE NO.: 2:21-cv-01537-JAD-EJY<br><br>**[PROPOSED] STIPULATION AND ORDER TO ENLARGE DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned matter by 90 days. Good cause exists to extend the remaining deadlines for the reasons explained below.

**A. Discovery Completed to Date**

To date, Plaintiff has produced the following discovery:

- Plaintiff's Initial Disclosure of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1), served October 4, 2021;

- Plaintiff's First Set of Requests for Admission to Defendant Mid-Century

Insurance Company, served November 11, 2021;

- Plaintiff's First Set of Interrogatories to Defendant Mid-Century Insurance Company, served November 11, 2021;
- Plaintiff's First Set of Requests for Production of Documents to Defendant Mid-Century Insurance Company, served November 11, 2021.

To date, Defendants have produced the following discovery:

- Defendants Farmers Insurance Exchange's and Mid-Century Insurance Company's Production of Documents and Witnesses Pursuant to Federal Rule of Civil Procedure 26(a)(1), served October 26, 2021;

**B. Discovery That Remains to Be Completed**

1. Defendant Mid-Century Insurance Company's Responses to Plaintiff's First Set of Requests for Admission (due December 15, 2021)
2. Defendant Mid-Century Insurance Company's Responses to Plaintiff's First Set of Interrogatories (due December 15, 2021)
3. Defendant Mid-Century Insurance Company's Responses to Plaintiff's First Set of Requests for Production of Documents (due December 15, 2021)
4. Written Discovery to Plaintiff
5. Deposition of Plaintiff
6. Deposition of adjustor Alison Henn (counsel for Defendants are currently obtaining dates)
7. Deposition of FRCP 30(b)(6) Representative for Mid-Century Insurance Company (counsel for Defendants are currently obtaining dates)
8. Additional written discovery
9. The parties will take the depositions of any other witnesses identified through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient

time to conduct discovery.

**C. Reasons Why Discovery Has Not Been Completed**

Recently counsel met and conferred regarding an extension of time to complete the remaining discovery in this case as outlined above. Plaintiff filed her complaint on June 18, 2021. Defendants were served with Plaintiff's Complaint and Summons on July 21, 2021. Defendants filed their Notice for Removal on August 19, 2021.

Plaintiff's lead attorney, Ash Marie Blackburn, returned from maternity leave in September 2021. Upon her return, Ms. Blackburn attended to several pressing matters that were delayed in light of her absence, including the need for depositions in this case. Defendants' counsel has advised that he has a two-week trial currently scheduled to begin on November 29, 2021. Both counsel's calendars are tight in December with prior appointments and the upcoming holidays will create limited availability in their and the witnesses' schedules.

Additionally, Defendants produced their Initial Production of Documents and Witnesses Pursuant to Federal Rule of Civil Procedure 26(a)(1) which contained 1,753 pages of documents. Plaintiff's counsel is currently in the process of reviewing said documents for additional discovery requests. These documents are critical in understanding pertinent issues in this case, thereby necessitating the extension of the current discovery deadlines.

Accordingly, counsel for the respective parties have agreed to extend the deadlines by 90 days to allot sufficient time to complete the remaining depositions, written discovery, produce expert reports and expert rebuttal reports.

**D. Proposed Revised Discovery Schedule**

LR 26-4 governs modifications or extension of the discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

Last Day to Amend Pleadings:	11/17/2021	2/15/2022

| | | | |
|---|---|---|---|
| Initial Expert Disclosures: | 12/17/2021 | 3/17/2022 |
| Rebuttal Expert Disclosures: | 1/16/2022 | 4/18/2022 |
| Discovery Cut-Off: | 2/15/2022 | 5/16/2022 |
| Dispositive Motions: | 3/17/2022 | 6/15/2022 |
| Joint Pretrial Order: | 4/16/2022 | 7/15/2022 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this multi-party case and adequately prepare their respective cases for trial.

This is the first request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

WHEREFORE, the parties respectfully request that this Court extend the discovery period from the current deadlines as outlined above.

DATED this 16th day of November, 2021.    DATED this 16thday of November, 2021.

**MAINOR WIRTH, LLP**    **THE FELDMAN FIRM**

*/s/ Ash Marie Blackburn*    */s/ David Feldman*
BRADLEY S. MAINOR, ESQ.    DAVID J. FELDMAN, ESQ.
Nevada Bar No. 7434    Nevada Bar No. 5947
JOSEPH J. WIRTH, ESQ.    JOHN C. DORAME, ESQ.
Nevada Bar No. 10280    Nevada Bar No. 10029
ASH MARIE BLACKBURN, ESQ.    8831 West Sahara Avenue
Nevada Bar No. 14712    Las Vegas, Nevada 89117
6018 S. Fort Apache Road, Ste. 150    *Attorneys for Defendants*
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: November 16, 2021**

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440