BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
BREANNA K. HARTMANN, ESQ.
Nevada Bar. No 13889
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
ash@mwinjury.com
bree@mwinjury.com
*Counsel for Plaintiff*

**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MACKENZIE STRABALA, an individual;

Plaintiff,

vs.

MID-CENTRURY INSURANCE COMPANY, a domestic stock; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive;

Defendants.

CASE NO.: 2:21-cv-01537-JAD-EJY

**PLAINTIFF'S STIPULATION FOR AN EXTENSION OF TIME TO DISCLOSE INITIAL EXPERTS ONLY**

**[FIRST REQUEST]**

Plaintiff, MACKENZIE STRABALA, by and through her counsel of record, Mainor Wirth, LLP and Defendant, MID-CENTURY INSURANCE COMPANY, by and through its counsel of record, The Feldman Firm, hereby agree to a one-week extension for initial expert disclosure deadline, and respectfully request that the Court approve the parties' stipulation for the following reasons:

1. The current initial expert deadline is September 14, 2022, pursuant to the Order Granting Stipulation to Enlarge Discovery Plan and Scheduling Order [ECF 23], entered on August 9, 2022.

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

2. Plaintiff has recently become aware that one of her retained experts has been dealing with an unexpected family medical issue and has therefore requested a short, one-week extension of time for initial expert disclosure. This would make the new deadline for initial expert disclosure being September 21, 2022.

3. All other case deadlines will remain the same, pursuant to the current Discovery Plan and Scheduling Order [ECF 23].

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.

WHEREFORE, the parties respectfully request that this Court extend the initial expert disclosure deadline to September 21, 2022, and keep all other case deadlines in accordance with the current Discovery Plan and Scheduling Order [ECF 23].

DATED this 8th day of September, 2022.

**MAINOR WIRTH, LLP**

*/s/ Breanna Hartmann*
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
BREANNA K. HARTMANN, ESQ
Nevada Bar No. 13889
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

DATED this 8th day of September, 2022.

**THE FELDMAN FIRM**

*/s/ David Feldman*
DAVID J. FELDMAN, ESQ.
Nevada Bar No. 5947
RACHEL HOLZER, ESQ.
Nevada Bar No.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of September, 2022.

______________________________
**UNITED STATES MAGISTRATE JUDGE**