1  BRADLEY S. MAINOR, ESQ.
   Nevada Bar No. 7434
2  JOSEPH J. WIRTH, ESQ.
   Nevada Bar No. 10280
3  ASH MARIE BLACKBURN, ESQ.
   Nevada Bar No. 14712
4  **MAINOR WIRTH, LLP**
5  6018 S. Fort Apache Road, Ste. 150
   Las Vegas, NV 89148-5652
6  Tel:  (702) 464-5000
   Fax:  (702) 463-4440
7  ash@mwinjury.com
8  *Counsel for Plaintiff*

9              **UNITED STATES DISTRICT COURT**

10                  **DISTRICT OF NEVADA**

11 MACKENZIE STRABALA,                    CASE NO:  2:21-cv-01537-~~JAD~~-EJY
                                                                  CDS
12         Plaintiff
13 vs.                                    **STIPULATION AND ORDER TO
                                          EXTEND JOINT PRETRIAL ORDER
14 MID-CENTURY INSURANCE                  DEADLINE (FIRST REQUEST)**
   COMPANY, a domestic stock; DOES I
15 through XX, inclusive; and ROE
   CORPORATIONS I through XX, inclusive;
16
17         Defendants.

18        Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record,

19 hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-

20 captioned matter.  Good cause exists to extend the deadline for the reasons explained below.

21    **A.  Reasons For the Extension**

22        On August 9, 2022, deciding the matter in chambers, Judge Elayna Youchah approved a

23 fourth stipulation and order to enlarge discovery plan and scheduling order. This stipulation set

24 the deadline of January 12, 2023 for the Joint Pretrial Order.

25        Since, the parties have agreed to mediate this matter on March 27, 2023 with Ret. Judge

26 Jennifer Togliatti.  Counsel recently conferred regarding an extension of time to submit the

27 parties' Joint Pretrial Order in light of the mediation date. The parties request that the current

28

**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

deadline of January 12, 2023 be extended to April 14, 2023 so that the parties are able to submit a Joint Pretrial Order after participating in mediation.

**B.  Proposed Revised Pretrial Order Schedule**

The Joint Pretrial Order is due on January 12, 2023 and the parties are requesting the deadline be moved to April 14, 2023. This request for an extension of time is not sought for any improper purpose or delay.  Rather, it is sought by the parties solely for the purpose of conducting mediation on March 27, 2022. The extension of time will allow the parties to participate in meaningful settlement negotiations through mediation. The parties reasonably believe that this matter can be resolved through mediation, thus saving the time and resources of this Court. Accordingly, the parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline to April 14, 2023.

DATED this 11th day of January, 2023.          DATED this 11th day of January, 2023.

**MAINOR WIRTH, LLP**                          **THE FELDMAN FIRM**


*/s/ Ash Marie Blackburn*                       */s/Rachel Holzer*
BRADLEY S. MAINOR, ESQ.                         DAVID J. FELDMAN, ESQ.
Nevada Bar No. 7434                             Nevada Bar No. 5947
JOSEPH J. WIRTH, ESQ.                           RACHEL HOLZER, ESQ.
Nevada Bar No. 10280                            Nevada Bar No.
ASH MARIE BLACKBURN, ESQ.                       THE FELDMAN FIRM
Nevada Bar No. 14712                            8831 West Sahara Avenue
6018 S. Fort Apache Road, Ste. 150              Las Vegas, Nevada 89117
Las Vegas, NV 89148-5652                        *Attorneys for Defendant*
*Counsel for Plaintiff*


### ORDER

IT IS SO ORDERED.

DATED this ___11th___ day of January, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

*MAINOR WIRTH, LLP*
*6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148*
*Phone: (702) 464-5000 | Fax: (702) 463-4440*