David J. Feldman, Esq.
Nevada Bar No. 5947
Rachel J. Holzer, Esq., Esq.
Nevada Bar No. 11604
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
rholzer@feldmanattorneys.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MACKENZIE STRABALA,<br><br>            Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY, a domestic stock; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive;<br><br>            Defendants. | Case No.: 2:21-cv-01537-CDS-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MacKenzie Strabala by and through their counsel of record Ash Marie Blackburn, Esq. of the Mainor Wirth, LLP law firm and Defendant Mid-Century Insurance Company, by and through its counsel of record David J. Feldman, Esq., and Rachel J. Holzer, Esq. of The Feldman Firm, that Case No. 2:22-cv-01537-CDS-EJY, entitled *Mackenzie Strabala vs. Farmers Insurance Exchange, Mid-Century Insurance Company* is hereby dismissed with prejudice and that these parties agree to bear their own attorney's fees and costs and any interest.

///

///

///

1

**IT IS SO STIPULATED**

Dated this 31st day of March, 2023.                         Dated this 31st day of March, 2023.

Bradley S. Mainor, Esq.                                              David J. Feldman, Esq.
Joseph J. Wirth, Esq.                                                  Rachel J. Holzer, Esq.
Ash Marie Blackburn, Esq.                                         THE FELDMAN FIRM
Mainor Wirth, LLP                                                      8831 W. Sahara Ave.
6018 S. Fort Apache, Ste. 150                                     Las Vegas, NV 89117
Las Vegas, NV 89148                                                 dfeldman@feldmanattorneys.com
Ash@mwinjury.com                                                  rholzer@feldmanattorneys.com
(702) 464-5000                                                            T: 702-949-5096
(702) 463-4440 Facsimile                                          F: 702-949-5097
Attorneys for Plaintiff                                                 Attorneys for Defendant

## ORDER

IT IS HEREBY ORDER, ADJUDGED AND DECREED that, pursuant to stipulation of the parties, Case No. 2:21-cv-01537-CDS-EJY, entitled ***Mackenzie Strabala vs. Farmers Insurance Exchange, Mid-Century Insurance Company*** is hereby dismissed with prejudice, and that all parties are responsible for their own attorney's fees and costs and any interest.

**IT IS SO ORDERED.** The Clerk of Court is directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated this 14th day of April, 2023.


THE FELDMAN FIRM

By: **David J. Feldman**
David J. Feldman, Esq.
Nevada Bar No. 5947
Rachel J. Holzer, Esq.
Nevada Bar No. 11604
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
rholzer@feldmanattorneys.com
*Attorneys for Defendants Farmers Insurance Exchange*

2